FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 20 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMC PROMOTIONS, INC., SPECIALTY MERCHANDISE CORPORATION, and EMERCHANTCLUB, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SMC PROMOTIONS, business entity form unknown; SMCPROMOTIONS.COM, business entity form unknown; SELLSMC, business entity form unknown; SELLSMC.COM, business entity form unknown; SMC FORUMS, business entity form unknown; SMCFORUMS.COM, business entity form unknown; OFFICIAL SITE BUILDERS, CORPORATION, a Wisconsin corporation; MARK BUSNELLI, an individual,<br><br>Defendants. | Case No. CV 04-7107 JFW (VBKx)<br><br>Hon. John F. Walter<br><br>[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION<br><br>Date: January 23, 2006<br>Time: 1:30 p.m.<br>Ctrm: 16<br><br>Complaint Filed: August 25, 2004 |

Upon the Stipulation To Arbitrate; Order Thereon entered on February 7, 2005, and the subsequent motion of plaintiffs SMC Promotions, Inc., Specialty Merchandise

LA-FS1\376661v01

JUDGMENT

Corporation (SMC) and eMerchantClub, LLC (collectively "Plaintiffs") for an order pursuant to 9 U.S.C. § 9, confirming the Final Arbitration Award issued by the Arbitrator, Honorable Michael Berg (Retired), on June 7, 2005, pursuant to 17 U.S.C. § 501 et seq. (copyright infringement), 15 U.S.C. § 1116 et seq. (trademark infringement), and 15 U.S.C. § 1125(d)(1) (cyberpiracy), and good cause appearing therefor:

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that:

The Final Arbitration Award is CONFIRMED in all respects; and

IT IS FURTHER ADJUDGED, ORDERED AND DECREED that:

A) Defendants Mark Busnelli Sr. and Official Site Builders Corporation, individually and doing business as SMC Promotions, Sell SMC, SMC Forums, SMC Auctions, Sell Wholesale Gifts, Sell Forums, Certified SEO, and Sell Corporation, and each of their officers, directors, shareholders, subsidiaries, affiliates, agents, servants, employees, consultants and attorneys, all those in active concert or participation with any of the foregoing, and any persons having knowledge of this injunction, are permanently and forever:

ENJOINED AND RESTRAINED from, directly or indirectly, in any manner or for any purpose, whether or not acting as an agent for or on behalf of any other person, including without limitation any SMC member:

1) Accessing, linking to, copying, storing, exploiting, or otherwise using any text or graphics, including without limitation any product photographs or descriptions, from the "World of Products" catalog or any of the Internet websites SMCorp.com, eMerchantClub.com or SMCeCommerce.com, whether or not in electronic format;

2) Selling, designing, building, hosting, continuing to host, linking to, performing any services or processing for, or otherwise facilitating any Internet website containing any text or graphics, including without limitation any product photographs or descriptions, from the "World of Products" catalog or any of the Internet websites SMCorp.com, eMerchantClub.com or SMCeCommerce.com;

3) Accessing, linking to, copying, storing, exploiting, or otherwise using any portion of the Members Only section of the SMCorp.com website or any electronic data contained thereon;

4) Doing business under or otherwise using any of the names Specialty Merchandise Corporation, SMC, eMerchantClub, LLC, SMC Promotions, Inc., SMC Promotions, Sell SMC, SMC Forums, SMC Auctions, SMC Talk, SMC Store Online, SMC Sites, SMC Profits, SMC Product, SMC Gift Shop, eMerchant, eClub, SMC Classifieds, SMC Chat, SMC Advantage, SMC Wholesale, Sell SMC Gifts, My SMC, Sell Wholesale Gifts, Sell Corporation, Sell Forums, any name using or incorporating the SMC trademark or any portion of the Specialty Merchandise Corporation or eMerchantClub names, any confusingly similar name, or any colorable imitation thereof, (collectively, the "**Infringing Names**");

5) Doing business through, operating, hosting, owning, controlling, linking to, forwarding or otherwise using, in any manner or for any purpose, any of the Internet domains SMCtalk.com, SMCstoreonline.com, SMCsites.com, SMCpromotions.com, SMCpromotion.com, SMCprofits.com, SMCproduct.com, SMCgiftshop.com, SMCforum.com, SMCforums.com, SMCemerchant.com, SMCeclub.com, SMCclassifieds.com, SMCclassified.com, SMCchat.com, SMCauctions.com, SMCauction.com, SMCadvantage.com, sellSMCwholesale.com, sellSMCgifts.com, sellSMC.com, sell-SMC.com, mySMC.com, my-SMC.com, SellWholesaleGifts.com, SellCorp.com, SellForums.com, any domain using or incorporating the SMC trademark or any portion of the Specialty Merchandise Corporation or eMerchantClub names, any confusingly similar domain name, or any colorable imitation thereof, (collectively, the "**Infringing Domains**");

6) Advertising, offering for sale or selling any products or services using any of the Infringing Names, or using any of the Infringing Names in, with, or in

connection with any advertisement, solicitation or offer for sale of any product or service to any person, whether or not in electronic form;

7) Selling any products or services to, performing any services for, accepting or receiving any money or other consideration from, or soliciting or advertising to, any current or former customer or member of Specialty Merchandise Corporation, including without limitation designing, building, hosting or continuing to host any Internet website for any current or former customer or member of Specialty Merchandise Corporation;

8) Committing any act that may cause any past, current or prospective customer or member of Specialty Merchandise Corporation or eMerchantClub, LLC to believe that any of the Defendants are in any way affiliated with or endorsed by SMC;

9) Defaming, disparaging or making any false statements about SMC Promotions, Specialty Merchandise Corporation, eMerchantClub, LLC or any of their products or services; or

10) Facilitating or assisting any person in doing any of the foregoing;

B) Each and all of the Infringing Domains are hereby ordered transferred to Plaintiff Specialty Merchandise Corporation; each of the Defendants shall take any and all steps necessary to immediately, absolutely and unconditionally assign and transfer all of the Infringing Domains, and all right, title and interest therein or related thereto, to Plaintiff Specialty Merchandise Corporation; and

C) Each of the Defendants shall file with the U.S. District Court and serve on the Plaintiffs' counsel, John C. Kirkland at Greenberg Traurig LLP, 2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404, within thirty (30) days after the service on the defendant of this injunction, a report in writing under oath setting forth in detail the manner and form in which the defendant has complied with the injunction; and

IT IS FURTHER ADJUDGED, ORDERED AND DECREED that:

(a)  Mark Busnelli Sr. and Official Site Builders Corporation have and recover nothing from SMC Promotions, Inc., Specialty Merchandise Corporation and eMerchantClub, LLC, and Plaintiffs' bond in support of the Preliminary Injunction shall be exonerated forthwith; and

(b)  Plaintiffs SMC Promotions, Inc., Specialty Merchandise Corporation and eMerchantClub, LLC have and recover from Defendants Mark Busnelli Sr. and Official Site Builders Corporation, and each of them, the sum of $5,516,006.00.

DATED: 1/19/06

Hon. John F. Walter
U.S. District Court Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.**

On **December 8, 2005**, I served the **[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Mark Busnelli
1717 East Calumet Street
Suite 280
Appleton, WI 54914
**FACSIMILE: 920.733.1266**

Mark Busnelli
1110 Midway Road
Suite 133
Menasha, WI 54952

☒ **(BY MAIL)**

☒ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 8, 2005**, at Santa Monica, California.

_____
Signature

Monique Bonaparte
Print Name

LA-FS1\376661v02

1

Proof of Service: [Proposed] Judgment and Permanent Injunction

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is: **2450 Colorado Avenue, Santa Monica, CA 90404**.

On **December 8, 2005**, I served the document described as **[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Steven Wayne Brennan, Esq.
St. John Wallace, Brennan, Folan, LLP
21515 Hawthorne Boulevard, Suite 1120
Torrance, CA  90503-6504
Fax No.: **310.792.0635**

☒       **(BY MAIL)**
  ☒   I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☒       **(BY FACSIMILE)**
  ☒   I transmitted the foregoing document(s) by facsimile sending number.  Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☒   **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 8, 2005**, at Santa Monica, California.

_____
Signature

Monique Bonaparte

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is: **2450 Colorado Avenue, Santa Monica, California 90404.**

On **December 7, 2005, I caused** the document described as **[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION to be served by hand** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Mark Busnelli, Sr. | Mark Busnelli, Sr. |
| Official Site Builders Corp. | 1110 Midway Road |
| 1624 E. Wisconsin Avenue | Suite 133 |
| Appleton, WI 54911 | Menasha, WI 54952 |
| Fax Nos.: **920-993-1522** | |
| **920-993-1533** | |

☐ **(BY MAIL)**
☐ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☒ **(BY PERSONAL SERVICE)**
I caused such envelope to be delivered by hand to the offices of the addressee on **December 7, 2005.**

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 12, 2005**, at Santa Monica, California.

_____
Signature

Monique Bonaparte
**(Print Name)**